[No. 57328-4-I.   Division One.   June 11, 2007.]

CAMBRIDGE TOWNHOMES, LLC, ET AL., *Appellants*, v. PACIFIC STAR ROOFING, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-06304-3, Charles W. Mertel, J., entered October 26, 2005. *Reversed* and *remanded* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 57463-9-I.   Division One.   June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GANTRY MATHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07944-8, Sharon S. Armstrong, J., entered December 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57544-9-I.   Division One.   June 11, 2007.]

MARRITTE A. SHELBY, *Respondent*, v. JOE B. HAYNES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-5-01289-3, Glenna Hall, J., entered December 9, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57592-2-I.   Division One.   June 11, 2007.]

*In the Matter of the Marriage of* JOHN E. MUELLER, *Respondent*, and SHAUNA W. MUELLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-04959-1, Jeffrey M. Ramsdell, J., entered December 20, 2005. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ. Now published at 140 Wn. App. 498.